IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOAN REAVES, | Case No. 4:10CV00010 |
| Plaintiff, | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | By: Jackson L. Kiser<br>Senior United States District Judge |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered affirming the Commissioner's final decision, granting the Commissioner's Motion for Summary Judgment, and dismissing this case from the docket of the Court. This *Report* was filed on December 1, 2010, from which the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED,** and the decision of the Commissioner in this case is **AFFIRMED**. The clerk is hereby directed to dismiss this case from the docket of the court.

The Clerk is directed to send a copy of this *Order* to counsel as well as to Magistrate Judge Crigler.

ENTERED this 17th day of December, 2010.

                                                      s/Jackson L. Kiser
                                                    Senior United States District Judge